MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RANDALL C. LUNDGREN,<br><br>　　　　　Defendant. | Case No. CR06-5278<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against RANDALL C. LUNDGREN, defendant.

DATED this 24th day of July, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

_/s/ Kenneth Tyndall_
KENNETH TYNDALL
Special Assistant United States Attorney

06-CR-05278-ORD

ORDER FOR DISMISSAL
United States vs. RANDALL C. LUNDGREN, CR 06-5278
Page 1

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433-0695
(253) 967-0796 – (253) 967-0140 Fax

1    Leave of Court is GRANTED for the filing of the foregoing dismissal.

2    DATED this 24th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL
United States vs. RANDALL C. LUNDGREN, CR 06-5278
Page 2

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433-0695
(253) 967-0796   (253) 967-0140 Fax